

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br>v.<br>JAYSON SERNA (2),<br>　　　　　　　Defendant. | Case No.: 18CR1512-CAB<br><br>ORDER AND JUDGMENT GRANTING UNITED STATES' MOTION TO DISMISS THE INFORMATION |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the information shall be dismissed against Defendant Jayson Serna without prejudice. All pending motions are withdrawn and hearings are vacated.

IT IS FURTHER ORDERED bond is exonerated. Defense counsel prepare an order to disburse funds or release collateral.

IT IS SO ORDERED.

DATED: May 2, 2018.

　　　　　　　　　　　　　　　　　　HON. CATHY ANN BENCIVENGO
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE